United States District Court
Southern District of Texas
**ENTERED**
March 15, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:20-369

LEONARD FARRELL WILLIS, TDCJ # 02144867, PETITIONER,

v.

BOBBY LUMPKIN, RESPONDENT.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

For the reasons stated in the memorandum opinion and order entered this day, the respondent's motion for summary judgment is **GRANTED**. Dkt. 25. Willis's habeas claims are denied and his petition is **DISMISSED with prejudice**. A certificate of appealability is **DENIED**.

The Clerk will provide copies of this order to the parties.

Signed on Galveston Island this  15th  day of   March            , 2023.

                                                JEFFREY VINCENT BROWN
                                      UNITED STATES DISTRICT JUDGE